IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

HUMAN RIGHTS DEFENSE CENTER                                                      PLAINTIFF

v.                                    Case No. 1:17-cv-01064

UNION COUNTY, ARKANSAS, *et al.*                                              DEFENDANTS

## ORDER

On February 12, 2019, the Court issued an order staying the present matter pending resolution of *Human Rights Defense Center v. Baxter County, Arkansas*, 3:17-cv-03070-TLB. Upon review of the *Baxter County* docket, it appears that case has now been resolved. Accordingly, the Court finds that the stay of the present case should be and hereby is **LIFTED**.

The Court further notes that at the time this matter was stayed, the discovery deadline had not yet passed and the parties had approximately sixteen days remaining to complete discovery. Accordingly, the Court finds that the discovery deadline should be re-set to allow the parties the time they would have had to complete discovery absent the stay. The new discovery deadline is re-set for **May 20, 2019**. In light of this discovery deadline, the Court further finds that the trial of this matter must be continued to allow the Court adequate time to consider any relevant dispositive motions the parties may file. Therefore, the trial currently set for July 8, 2019 is hereby **CONTINUED** and re-set for **December 2, 2019**. The parties shall adjust all other deadlines accordingly.

**IT IS SO ORDERED**, this 3rd day of May, 2019.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge