IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

HUMAN RIGHTS DEFENSE CENTER                                              PLAINTIFF

v.                                    Case No. 1:17-cv-01064

UNION COUNTY, ARKANSAS, *et al*.                                       DEFENDANTS

## **ORDER**

Before the Court is the parties' Second Joint Motion to Stay Case. ECF No. 42. In the instant motion, the parties move the Court to stay this matter pending the resolution of an appeal of the final order in *Human Rights Defense Center v. Baxter County, Arkansas*, 3:17-cv-03070-TLB. Upon consideration, the Court notes that the present case and *Baxter County* are very similar and, therefore, any opinion issued by the Eighth Circuit Court of Appeals in *Baxter County* will likely be useful in deciding the present controversy. Accordingly, the Court finds that the instant motion should be and hereby is **GRANTED**. Therefore, the Court finds that this matter should be and hereby is **STAYED**. Moreover, in light of the fact that it is unclear when the Eighth Circuit will render a decision in *Baxter County*, the Clerk of Court is directed to **ADMINISTRATIVELY TERMINATE** the present case. The parties are **DIRECTED** to file a motion to reopen this matter within ten days of the date the Eighth Circuit issues its ruling in *Baxter County*.

**IT IS SO ORDERED**, this 4th day of June, 2019.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge