IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

HUMAN RIGHTS DEFENSE CENTER                                                    PLAINTIFF

v.                                    Case No. 1:17-cv-1064

UNION COUNTY, ARKANSAS, *et al*.                                              DEFENDANTS

**ORDER**

Before the Court is Plaintiff's Motion to Reopen Case. ECF No. 44. The Court finds that no response is necessary and that the matter is ripe for consideration.

The parties previously moved for the Court to stay this matter in light of a pending appeal before the Eighth Circuit in another matter that addressed similar legal questions. ECF No. 42. The parties believed that the resolution of that appeal would "significantly affect the currently pending case." *Id*. The Court granted the stay, with the directive that the parties file a motion to reopen this matter within ten days of the date the Eighth Circuit issued its ruling. ECF No. 43.

On June 8, 2021, the Eighth Circuit issued its opinion in *Human Rights Defense Center v. Baxter County, Ark.*, 999 F.3d 1160 (8th Cir. 2021). On June 17, 2021, Plaintiff filed the instant motion requesting the court re-open this matter in light of the Eighth Circuit's decision. ECF No. 44. Plaintiff noted that Defendants objected to reopening this matter prior to the Eighth Circuit issuing a mandate for its decision. On July 21, 2021, the Eighth Circuit issued its formal mandate for its opinion and judgment. *See Human Rights Defense Center v. Baxter County, Ark.*, No. 19-2096, Entry ID 5056944 (8th Cir. July 21, 2021).

The Court finds that good cause for the motion has been shown. Accordingly, Plaintiff's Motion to Reopen Case (ECF No. 44) is hereby **GRANTED**. The Court's stay on these proceedings is hereby **LIFTED**. The parties are **DIRECTED** to issue a joint status report on this matter within fourteen (14) days of this order.

**IT IS SO ORDERED**, this 14th day of September, 2021.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge