AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Arkansas
El Dorado Division

| | |
|---|---|
| HUMAN RIGHTS DEFENSE CENTER *Plaintiff* v. UNION COUNTY, ARKANSAS, et al. *Defendant* | ) ) ) ) ) Civil Action No. 1:17-CV-1064 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: On Plaintiff's First Amendment claim against defendant Union County, Arkansas as submitted in Instruction No. 11, the jury finds in favor of Union County, Arkansas.
On Plaintiff's Fourteenth Amendment claim against defendant Union County, Arkansas as submitted in Instruction No. 13, the jury finds in favor of Untion County, Arkansas.

This action was *(check one)*:

☑ tried by a jury with Judge Susan O. Hickey presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____.

Date: March 8, 2023

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*